## CORBETT v CORBETT

Ohio Supreme Court
No 22232. Decided Nov. 26, 1930

Marshall, CJ, Robinson, Jones, Matthias, Day and Allen, JJ, concur.